# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARCHDIOCESE OF WASHINGTON,

          Plaintiff,

    v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY and
PAUL J. WIEDEFELD,

          Defendants.

No. 17-_____

Civil Action

**DECLARATION OF
EDWARD MCFADDEN**

Pursuant to 18 U.S.C. § 1746, I, Edward McFadden, hereby declare as follows:

1.     I presently reside in Arlington, Virginia and am providing this declaration based upon personal knowledge of the facts stated herein.

2.     I am currently Secretary of Communications for the Archdiocese of Washington. In that role, I serve Cardinal Donald Wuerl, the Archbishop of Washington, in leading the Archdiocese's Secretariat of Communications. My responsibilities include serving as the senior architect for the communication strategy in support of the Archdiocese and its mission of sharing the Gospel message. The Secretariat of Communications includes multiple focus areas including media and public relations, digital media, multimedia production, and Carroll Publishing, which publishes the *Catholic Standard* and *El Pregonero* newspapers. I became Secretary of Communications effective January 11, 2016.

### The "Find the Perfect Gift" Campaign

3.     As Secretary of Communications, I worked with others in the Archdiocese to develop this year's "Find the Perfect Gift" campaign. The goal of the campaign is to share a simple message of hope, welcoming all to Christmas Mass or in joining in public service to help

the most vulnerable in our community during the liturgical season of Advent, which begins December 3, 2017. The campaign includes advertisements and materials for distribution in parishes within the Archdiocese, advertisements for display in public places throughout the metropolitan area, and an integrated online campaign.

4.      The advertisements the Archdiocese developed for this year's Find the Perfect Gift campaign feature a starry, nighttime sky with golden silhouettes of shepherds and sheep standing on a hill. While there is some variation among the advertisements depending upon their intended placement, all of the advertisements include a link to the campaign's Internet site, FindThePerfectGift.org. The advertisements also include the social-media hashtag "#PerfectGift." The link and hashtag allow those viewing the advertisements to find more information about the Find the Perfect Gift campaign on the Archdiocese's web site.

5.      The Archdiocese designed a version of the Find the Perfect Gift advertisements for distribution with Mass bulletins throughout parishes in the Archdiocese. This version of the advertisement contains the design elements described above, and it includes the slogan "Find the Perfect Gift This Christmas at [Parish Name]." An example of the parish-bulletin version of the advertisement is attached to this declaration as Exhibit A.

6.      The Archdiocese also designed versions of the Find the Perfect Gift advertisements for display in and around transit shelters in the metropolitan area. A private contractor, Clear Channel Outdoor, provides and maintains these transit shelters and sells advertising on them. The advertisements intended for display on digital billboards at transit shelters include the basic design elements described above, along with a quotation from the Book of Luke, Chapter 2, Verse 10: "Behold, I proclaim to you good news of great joy." An example of the transit-shelter digital version of the advertisement is attached to this declaration as Exhibit

B. Similarly, the advertisements intended for display as large print ads at transit shelters retain the basic design elements of the campaign but feature the slogan: "Searching for the Perfect Gift this Christmas?" An example of the transit-shelter print-ad version of the advertisement is attached to this declaration as Exhibit C.

7.      The Archdiocese designed versions of the Find the Perfect Gift advertisements for display on the sides and tails of public buses. These advertisements include the basic design elements described above, including the starry nighttime sky, silhouettes, the Internet link, and the social-media hashtag, along with the slogan: "Find the Perfect Gift." Examples of the versions of the advertisement that were intended for display on public buses are attached to this declaration as Exhibits D (bus tail) and Exhibit E (bus side).

### The Placement of the "Find the Perfect Gift" Advertisements

8.      It is important for the success of the Find the Perfect Gift campaign that the Archdiocese's message reach as many people as possible. For nearly all of the distribution channels that the Archdiocese would like to use toward that end, there are no issues. Parishes within the Archdiocese, for instance, welcome the advertisements in their bulletins. Similarly, Clear Channel Outdoor, which operates public transit-shelter advertising pursuant to a 20-year contract with the District of Columbia, had no problem selling the Archdiocese space for those advertisements intended for display at transit-shelters.

9.      Advertising on the exterior of public buses is a critically important part of the Find the Perfect Gift campaign. There are few (if any) public forums that are better suited for conveying the Archdiocese's message than the exteriors of public buses. Public buses are seen throughout the metropolitan region, and they provide a way to bring the Find the Perfect Gift campaign to people who may not spend time downtown around other forms of advertising. Moreover, public buses provide inroads into communities that are important intended audiences

for the Find the Perfect Gift campaign, including communities that are on the periphery of the population centers.

10.     The advantages of advertising on public buses are well recognized in the marketing and communications industries.  Promotional materials compiled by Outfront Media, Inc., the third-party vendor that contracts on behalf of WMATA to sell advertising space, confirm the distinctive benefits of bus advertising.  Outfront Media claims that "[w]hen it comes to visibility, reach, and frequency, no other media type matches th[e] DC market coverage" of public buses.  Advertising on public buses offers "high visibility with consistent daily views." Moreover, Outfront Media notes that bus advertising is "[b]ig, bold, in your face every day, and yet it is not an obtrusive medium – it's part of everyday outdoor life and offers information in a unique and powerful format."  A copy of Outfront Media's promotional materials explaining the advantages of advertising on the exterior of WMATA's public buses is attached as Exhibit F.

11.     The Archdiocese has purchased advertising on the exteriors of public buses operated by WMATA in the past.  Given the advantages of advertising on public buses and the importance of reaching a broad audience for its messages, the Archdiocese also intends to continue to purchase advertising on public buses in the future.

**WMATA's Rejection of the Find the Perfect Gift Campaign**

12.     Because advertising on public buses is uniquely well-suited for the Find the Perfect Gift campaign, I contacted Jack Costello, my designated contact at Outfront Media, by email on October 23, 2017 to ask about buying advertising space.  In my email, I mentioned that the Archdiocese has "a small holiday ad campaign we'd like to highlight via a taillight display advertisement on WMATA buses."  I forwarded Costello the version of the advertisement that was intended for display on the tail of public buses.  A copy of the email chain that includes this October 23, 2017 message to Jack Costello is attached as Exhibit G to this declaration.

4

13.     Costello responded by asking for a telephone call on October 24, 2017.  During the call, Costello advised that the Find the Perfect Gift advertisement would not comply with WMATA's guidelines for permissible advertisement sales.  Costello explained that if the advertisement had an explicitly commercial objective, such as selling tickets, then it might more likely to comply with WMATA's guidelines.  But an advertisement that referred, as does the Archdiocese's advertisement, to "Finding the Perfect Gift," without asking for business, was impermissible according to WMATA.  I explained that I did not see a way to adjust the advertisement given its purpose and message.  A copy of the email chain that includes my October 24, 2017 message to Jack Costello confirming our telephone conversation is attached as Exhibit G to this declaration.

14.     On October 24, 2017, I asked Costello whether there was any appeal process for review of WMATA's decision to deny advertisement placement for the Find the Perfect Gift campaign.  Costello responded on October 25, 2017 that he would have his manager send over the advertisement to WMATA for further review.  Costello also suggested alternatives to advertising on WMATA public buses.  As noted above, however, there are unique benefits to advertising on public buses that are important to the Find the Perfect Gift campaign. A copy of the email chain that includes our email correspondence on October 24, 2017 and October 25, 2017 is attached as Exhibit G to this declaration.

15.     On November 7, 2017, I asked Costello again whether there was any appeal process for reviewing WMATA's denial.  Costello replied the next day that "WMATA denied the ad copy to run on buses unfortunately."  A copy of the email chain that includes our email correspondence of November 7, 2017 and November 8, 2017 is attached as Exhibit G.

16.     Outside counsel for the Archdiocese asked to meet with WMATA to discuss the rejection of the Find the Perfect Gift advertisements.  WMATA did not accept requests for a meeting.  Instead, outside counsel for WMATA sent a letter on November 20, 2017 stating that "The Archdiocese's advertisement for "FindThePerfectGift.org" is prohibited by [WMATA advertising] Guideline 12 because it depicts a religious scene and thus seeks to promote religion."  A copy of the correspondence from outside counsel to the Archdiocese and the response from outside counsel to WMATA are attached as Exhibit H and Exhibit I.

<h3 align="center">The Harm to the Archdiocese from WMATA's Denial</h3>

17.     WMATA's denial of advertising to the Archdiocese is having a serious, harmful effect on the Find the Perfect Gift campaign.  As explained above, the exteriors of public buses provide a uniquely suitable forum for the Archdiocese's advertisements.  WMATA's own agent and contractor has touted the benefits of bus advertising, and those benefits are particularly important for the Find the Perfect Gift campaign.  WMATA's rejection of the Find the Perfect Gift campaign threatens the Archdiocese's ability to convey its message of hope to those the Archdiocese most wants to reach during the liturgical season of Advent.

18.     The arbitrariness of WMATA's denial also has a serious, harmful effect on the Archdiocese and its speech.  WMATA does not appear to apply any principled, objective criteria in determining whether speech violates WMATA's guidelines.  As a result, the Archdiocese does not have any meaningful notice about what advertising WMATA would accept.  The Find the Perfect Gift advertisements that the Archdiocese tried to place with WMATA, by way of example, do not convey any overt religious message on their face.  WMATA nevertheless rejected the advertisements without any reasoned explanation.  It is unclear at this point what advertisements by the Archdiocese might comply with WMATA's guidelines.

6

19.    The WMATA guidelines effectively banish the Archdiocese's speech from an important public forum.   WMATA's restrictions on speech impede the Archdiocese from carrying out one of its central missions, to spread a message of hope to those who need it throughout the metropolitan area during the coming Christmas season.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of November, 2017.


By:    _____
                Edward McFadden

7

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



FIND THE *perfect gift*

#PerfectGift

FindThePerfectGift.org

# EXHIBIT F

YOUR BRAND STORY, **OUTFRONT.**
*Media Across Washington DC*



WE ARE **OUTFRONT**

We are the leading out of home media company in North America, with a major presence in the top 25 U.S. markets, plus prime holdings in Canada.

We are a connected, data-enabled network of over 400,000 billboard, transit, and digital displays, plus a mobile offering — all providing engaging ways for your brand to reach the on-the-go consumer.

Always on. Always innovating. Always connecting. Always going all OUT for customers.



# Why OUTFRONT Media?



## Creatively Impactful

OUTFRONT Media delivers the best inventory in the country. This serves as the **perfect blank canvas for your brand story,** illustrated through big, bold, and beautiful creative.

## Contextually Relevant

OUTFRONT's location based media provides unmatched environmental relevance to consumers. This ensures that brand stories **communicate the right message, at the right time, to the right audience.** Data triggers offer an additional layer of relevance.

## Media Amplifier

The inclusion of OUTFRONT extends and strengthens the reach and frequency of any integrated media plan. Additionally, we are the most **effective driver of mobile, social and digital engagement.**

**OUTFRONT**

# The Consumer is Mobile.

Consumers are mobile, increasingly on-the-go and always connected to their smartphones.

**70% of our waking hours are spent outside the home and 68% of consumer mobile use is done on the go.**

This behavior has made location the BEST indicator of consumer intent.

**OOH's Reach Tops Every Other Medium**
*Mobile Ranks Fourth*



% of Population Reached

- Any OOH Media: 99%
- TV: 96%
- Computer: 84%
- Mobile Tablet
- AM/FM Radio
- Print Newspaper: 15%

The OUTFRONT Mobile Network provides the happiest media marriage on the block—OOH and mobile! Reach consumers with an impactful brand building message on OOH, coupled with a mobile one-to-one engagement on their smartphone, communicating the actions the brand wants them to take.

**OUTFRONT**

# Millennial MeetUp.



Millennials are outside the home more than ever! In fact, **86% drive to work** and city dwellers take public transportation more so than their baby boomer counterparts. Influence this elusive connected, and social audience segment when they are making decisions... where to go, what to eat, what to buy! Key startups and millennial facing brands are already using OUTFRONT to build their brands.

**OUTFRONT**

# Audience Segmentation.

**OUTFRONT connects brands to their target audiences** nationwide. Whether that audience be the techy, the business executive, the hipster, or the mom, OUTFRONT has it covered. Customized audience packages ensure **brands reach the right consumer, at the right time, with the right messaging.**



**OUTFRONT**

# OOH Sparks Engagement!



8 out of 10

Adults say that they've seen an OOH ad in the past month

And among those who have seen an OOH ad:

26% — Talked about a product advertised

35% — Searched for brand info

19% — Watched a TV program advertised

20% — Watched a movie

21% — Visited a restaurant advertised

22% — Accessed a coupon/ discount code

15% — Downloaded/viewed the app

22% — Visited a website that was advertised

**OUTFRONT**

# Blocking? No, Tackling.

Always on and never susceptible to ad skipping or bots, OOH happens before key conversions take place, whether they be in brick and mortar or online.

## OOH Influences Purchase Activity

Exposure by medium during purchase activity



## OOH Mobile Shopping Activity

Exposure by medium in the hour before mobile shopping activity



**OUTFRONT**

# OOH Drives Digital Engagement.

In 2015, the OAAA set out to show the media community that OOH impressions are impactful, targeted and above all, REAL.

> 1,400 units across 20 markets

> CTA: Visit FeelTheReal.com

> In seven weeks, the ads drove 27,061 unique visitors to the site

> 40% were media professionals, the target audience

> During the flight, OOH reported 2% incremental growth in sales, amounting to $23.3 million, an ROI of 7x the investment

As an extension, the OAAA released a "Vote to Count" campaign in 2016, driving potential voters to VoteToCount.com, where they could register.

**OUTFRONT**

# Drive ROI For Your Brand.



COST PER THOUSAND

ADDING OUTDOOR TO OTHER MEDIA
CAN INCREASE REACH BY UP TO **300%**

OUTFRONT

| Top 50 Markets | DMA Population Age 18+ | Bulletins | Wallscapes | Posters & Junior Posters | Commuter Rail & Subway | Buses | Street Furniture | Specialty | Mobile Network |
|---|---|---|---|---|---|---|---|---|---|
| 1 | New York-Newark et al NY-NJ-PA | 18,806,405 | • | • | • | • | • | • | | • |
| 2 | Los Angeles-Long Beach CA | 10,363,645 | • | • | • | • | • | | | • |
| 3 | Chicago IL | 7,322,541 | • | • | • | • | • | • | • | • |
| 4 | Dallas-Forth Worth-Arlington TX | | • | • | • | | | • | | • |
| 5 | Houston-The Woodlands TX | 4,885,987 | • | • | • | | | • | | • |
| 6 | Miami-Ft Lauderdale FL | | • | • | • | | | | | • |
| 7 | Philadelphia PA | 4,727,510 | • | • | • | • | • | • | | • |
| 8 | Washington DC VA MD WV | | • | • | • | • | • | • | | • |
| 9 | Atlanta GA | 4,298,956 | • | • | • | • | • | • | | • |
| 10 | Boston-Cambridge-Newton MA-NH | 3,811,087 | • | • | • | • | • | • | • | • |
| 11 | San Francisco-Oakland CA | 3,714,911 | • | • | • | • | • | • | | |
| 12 | Phoenix-Mesa-Scottsdale AZ | | • | • | • | | • | | | |
| 13 | Detroit-Warren-Dearborn MI | | • | • | • | | | | | |
| 14 | Riverside CA | | • | • | • | | • | | | |
| 15 | Seattle-Tacoma-Bellevue WA | 2,909,229 | • | • | • | • | | • | | |
| 16 | Minneapolis-St Paul MN | 2,604,084 | • | • | • | | | | | |
| 17 | San Diego-Carlsbad CA | 2,565,296 | • | • | • | | | • | • | |
| 18 | Tampa-St Petersburg FL | | • | • | • | | | | | |
| 19 | Baltimore-Columbia-Towson MD | 2,188,674 | • | • | • | | | | | |
| 20 | St Louis MO-IL | | • | • | • | • | | | | |
| 21 | Denver-Aurora-Lakewood CO | | • | • | • | • | | | | |
| 22 | Pittsburgh PA | 1,905,444 | • | • | • | | | | | |
| 23 | Orlando-Kissimmee-Sanford FL | 1,859,297 | • | | | • | | | • | |
| 24 | Portland-Vancouver OR-WA | | • | • | • | | | | | |
| 25 | Charlotte-Concord NC-SC | 1,843,603 | • | • | • | | | | | |

● indicates OUTFRONT media available   ● indicates new digital media available   ● indicates wrapped media available

OUTFRONT

| Top 50 Markets | CMA Population Age 18+ | Bulletins | Wallscape | Posters & Junior Posters | Commuter Rail & Subway | Buses | Street Furniture | Speciality | Mobile Network |
|---|---|---|---|---|---|---|---|---|---|
| 26 San Antonio-New Braunfels, TX | 1,780,935 | | | | | | | | • |
| 27 Sacramento-Roseville, CA | 1,741,842 | • | | • | | | | | • |
| 28 Cincinnati OH-KY-IN | 1,647,557 | • • | | | | | | | • |
| 29 Las Vegas-Henderson-Paradise, NV | 1,605,557 | • • | • | | | • | | • | |
| 30 Cleveland-Elyria, OH | 1,607,509 | • • | | • | | | | | |
| 31 Kansas City MO-KS | 1,577,294 | • • | | • • | | | | | |
| 32 Columbus, OH | 1,545,222 | • • | | • | | | | | |
| 33 San Jose-Sunnyvale, CA | 1,525,784 | • | | • | | | | • | |
| 34 Austin-Round Rock, TX | 1,508,122 | • | | • | | | | | |
| 35 Indianapolis-Carmel-Anderson, IN | 1,500,759 | • | | | | | | | |
| 36 Nashville-Davidson, TN | 1,466,091 | • • | | • | | | | | |
| 37 Virginia Beach, VA-NC | 1,342,960 | • | | | | | • • | | |
| 38 Providence-Warwick, RI-MA | 1,267,098 | • • | | | | | | | |
| 39 Milwaukee-Waukesha, WI | 1,205,977 | • • | | | | | | | |
| 40 Jacksonville, FL | 1,271,197 | • • | | | | | | | |
| 41 Oklahoma City OK | 1,074,675 | • | | • | | | | | |
| 42 Memphis, TN, MS-AR | 1,075,524 | • | | • • | • | | | | |
| 43 Richmond, VA | 995,580 | • | | • | | | | | |
| 44 Louisville, KY IN | 989,275 | • • | | • • | | | | | |
| 45 New Orleans-Metairie, LA | 986,141 | • • | | • • | | | • | | |
| 46 Hartford-West Hartford, CT | 962,897 | • • | | • | | | | | |
| 47 Raleigh NC | 958,147 | • • | | | | | | | |
| 48 Buffalo-Cheektowaga, NY | 906,536 | • • | | | | | | | |
| 49 Birmingham-Hoover, AL | 883,982 | • | | | | | | | |
| 50 Rochester NY | 869,478 | • • | | • • | | | | | |

● indicates OUTFRONT media available    ● indicates new digital media available    ● indicates wrapped media available

OUTFRONT



# Why OUTFRONT Washington DC?



**DATA HOARDING IS NOT A STRATEGY.**

VERITAS

**Audience**

OOH can be targeted by market, neighborhood and demographic, allowing brands to pinpoint accurately who they need to reach, and then reach them consistently. **In Washington DC, OUTFRONT Media reaches 87.3% of the CBSA consumers weekly.**

**Location**

As location infiltrates all media formats, OOH remains the most established location-based expert. OUTFRONT's targeted locations allow brands to maximize on the recency of messaging—prompting purchases in that moment, especially on mobile devices! Whether it is Georgetown, Clarendon, or Chevy Chase, we have you covered.

**Viewability**

OOH is 100% viewable. Our inventory reaches consumers in the real world and is never susceptible to bot traffic or ad blocking. Ensure that your brand's story is seen in an impactful way, throughout the Washington DC area, with OUTFRONT Media.

**OUTFRONT**

# Washington DC Overview

## Home to the Nation's Capital,

with over **4.7 million people and a median HHI of $91,346, 64% above the national average.** DC is the center of US and international government providing an ethnically diverse area of **political leaders, government employees, and corporate contractors.**

In addition to government, the Capital Region is powered by education, health, technology and tourism creating one of the **strongest economies in the nation.**

INVESTING IN AMERICA.

## Why DC?

Ranked #1 affluent metro area in the US.

The nation's most educated work force with 50% having a college degree and 20% having graduate or professional degrees.

More millennials added to the area than any other city in America.

Metrorail is the 2nd busiest rapid transit system in the nation.

**OUTFRONT**



# Washington DC Profile

DC AREA
4.7 Million
CBSA

African American **25%**
Asian **10%**
White **46%**
Hispanic/Latino **16%**
Other/Mixed **3%**

**48%** College degree or higher

**51%** Female

**49%** Male

**154 mi.** Total miles traveled past week

**20 min.** Time spent traveling to and from work each day

**88%** Drive alone or carpooled

**50%** White-collar occupation

**19%** Blue-collar occupation

**67%** Employed

**OUTFRONT**

# WASHINGTON DC MEDIA FORMATS

| | |
|---|---|
| Buses . . . . . | 19-31 |
| Bus Kings . | .23 |
| Bus 30x21Ss . . | .24 |
| Bus Kongs . . | .25 |
| Bus Ultra Super Kings | .26 |
| Bus Tails . . | .27 |
| Bus Fullbacks . . | .28 |
| Bus Wraps . . | .29 |
| Bus Double Decker Wraps | .30 |
| Bus Interiors . . | .31 |
| Subway Metrorail . . | 32-49 |
| Subway 2-Sheet Posters . | .35 |
| Subway Dioramas . | .36 |
| Subway Banners . | .37 |
| Subway Floor Graphics . | .38 |
| Subway Window Graphics | .39 |
| Subway Faregates . | .40 |
| Subway Station Activation | .41 |
| Subway Digital Mezzanine | .42 |
| Subway Digital Platform | 43-44 |
| Subway Digital Takeovers | .45 |
| Subway Digital at Nats Park | .46 |
| Subway Station Dominations | .47 |
| Subway Wrapped Cars . | .48 |
| Subway Interior Cards . | .49 |
| Subway Interior Panels . | .50 |
| Subway Interior Brand Cars | .51 |
| Commuter Rail . . | 52-62 |
| Rail 2-Sheet Posters . | .55 |
| Rail Interiors. . | .56 |
| Street Furniture. . | 57-59 |
| Bike Shares . | 58-59 |
| Billboards . . | 60-62 |
| Wallscapes . | 61-62 |
| Mobile Network. . | 63-64 |



**OUTFRONT**



# Bus Media

## Reach a large audience

with bus advertising, offering **high visibility with consistent daily views**. Your ad will go where the people are and will be seen by pedestrians as well as motorists every day. Big, bold, in your face every day, and yet it is not an obtrusive medium - it's **part of our everyday outdoor life** and offers information in a unique and powerful format. When it comes to visibility, reach and frequency, **no other media type matches this DC market coverage.**



## Media

Exterior Bus: Kings, 30x215s, Kongs, Headliners, L-Sides, Tails

Exterior Bus Wraps: Ultra Super Kings, Fullbacks, Wraps

Interior Bus: Interior Bus Cards, Brand Bus

**OUTFRONT**

# Bus Coverage



OUTFRONT

# Bus Garage Coverage

| Bladensburg | Four Mile | Landover | Montgomery | Northern | Prince William | Shepherd Parkway | Southern Avenue | Western | West Ox | Big Bus Tours Double Decker Buses |
|---|---|---|---|---|---|---|---|---|---|---|
| 253 Buses | 221 Buses | 170 Buses | 209 Buses | 153 Buses | 135 Buses | 219 Buses | 78 Buses | 117 Buses | 96 Buses | 10 Buses |

OUTFRONT

# Bus Kings

Impact the most densely populated and diverse areas with Bus Kings, **the ultimate mass reach media in the DC market.** Bring your ad campaign to the masses with daily exposure in a stand-alone environment.

## Product Information:

30"H x 144"W
Add a Headliner and/or Tailgate for more impact!

## Coverage:

Metrobus and Prince William Commuters

Bus
Targeted area/demographic on a request basis




**OUTFRONT**

# Bus 30×215s

Strategic placement of your ad on buses gives your message unique mobility. **50% bigger than the current king**, 30x215s allow a tremendous amount of added space primed for dynamic creative messaging.



## Product Information:

30'H x 215'W

Add a Headliner and/or L side for more impact!

## Coverage:

Metrobus and Prince William Commuter Bus

Targeted area/demographic on a request basis





**OUTFRONT**

# Bus Kongs

An extension of the traditional Bus Kings, with over 19 feet of eye-catching canvas, Kongs offer tremendous visibility on the street. **Impact vehicular and pedestrian traffic throughout vibrant Washington DC with Bus Kongs!**



## Product Information:

Metrobus: 34"H x 228"W
Prince William Commuter Bus, sizes vary
Add a Headliner and/or L-side for more impact!

## Coverage:

Metrobus and Prince William Commuter Bus
Targeted area/demographic on a request basis



**OUTFRONT**

# Bus Ultra Super Kings







Ultra Super Kings travel the bustling streets of DC and the surrounding neighborhoods providing advertisers with **large format "rolling billboard" presence where traditional media is zoned out.**

## Product Information:

Sizes vary based on coverage and availability

## Coverage:

Metrobus and Prince William Commuter Bus

Targeted area/demographic on a request basis

**OUTFRONT**

# Bus Tails

Continuous visibility to drivers and passengers behind **buses generates lasting impressions!**

Dominate the city with Tails for **frequent exposure and high reach and frequency.** As commuters are in their cars or crossing the street, they cannot escape this ubiquitous media form.

## Product Information:

Metrobus 21'H x 72'W
Prince William Local Bus
24"H x 50"W

## Coverage:

Metrobus and Prince William Local Bus
Targeted area/demographic on a request basis



**OUTFRONT**

# Bus Fullbacks



**A large creative format, seen by both pedestrians and motorists,** Fullbacks offer unique ways to reach heavily trafficked areas and crowded highways that will make a lasting impression!



Product Information:

Sizes vary based on coverage and availability

Coverage:

Metrobus
Targeted area/demographic on a request basis

**OUTFRONT**

# Bus Wraps

Bus Wraps give advertisers the opportunity to exhibit **innovative, eye-catching creative** that will grasp the attention of consumers and **make it impossible to ignore.**



Product Information:

Sizes vary based on coverage and availability.
Wrapped Metrobuses cover the window between the wheel wells on the street side; only Wrapped Prince William Commuter Buses cover all side windows.

Coverage:

Metrobus and Prince William Commuter Bus
Targeted area/demographic on a request basis.





**OUTFRONT**

# Bus Double Decker Wraps





**A larger-than-life, three sided bulletin on wheels,** Double Decker Wrapped Buses travel the tourist destinations looping around town, ensuring that your message is always seen in the most important and high traffic areas of our nation's capitol.

## Product Information:

Sizes vary

Double decker wrapped buses cover side windows, but no door windows, no driver windows and no front coverage (see printer for specifics)

## Coverage:

| | |
|---|---|
| Tourist Loop | Pentagon |
| National Mall | Arlington |
| Dupont Circle | Union Station |
| Embassy Row | National Cathedral |
| Georgetown | Woodley Park |



**OUTFRONT**

# Bus Interior Cards

Maximize on **long dwell time and engage a captive audience** with Bus Interior Cards.

Want more presence? Brand Buses offer advertisers the unique opportunity to completely **own the inside of the bus.**



## Product Information:

11'H x 28"W
11"H x 42"W
22"H x 21"W
Brand Bus

## Coverage:

Metrobus
Targeted area/demographic on a request basis



**OUTFRONT**



# Metrorail Media

Intelligence and Iwo phase on

of over 725,000 daily riders, with tremendous impact and frequency at **high-profile locations.** Subway advertising on Metrorail's 6 lines offer unparalleled reach and frequency to some of the most intelligent, savvy and affluent consumers in the DC area.

Subway advertising provides **exceptional value and is the perfect way to command the attention** of busy commuters in a captive setting.



## Media:

Station: 2-Sheet Posters, Dioramas, Banners, Floor Graphics, Window Graphics, Faregates, Station Activation, Digital, Station Dominations

Interior Subway Car: Car Cards, Rail Panels, Brand Rail Cars

Exterior Subway Car: Wraps

**OUTFRONT**

# Metrorail Coverage



OUTFRONT

# Metrorail 2-Sheet Posters



Forge new relationships with DC's **725,000+ daily riders** through subway 2-Sheet Posters spread throughout the system. Send multiple messages to commuters at all their stopping points!

Situated in the walkways and platforms throughout the DC area, vibrant and detailed 2-Sheet Posters **target key demographics — both multicultural and upscale audiences.**

Product Information:

46'H x 60'W

Coverage:

Systemwide
Targeted area/demographic on a request basis



**OUTFRONT**

# Metrorail Dioramas





Brightly illuminated backlit Dioramas **reach the commuting masses as they wait for the train or enter and exit the stations.** These eye-catching displays are located across the system providing targeted exposure for your creative message

Product Information:

Backlit
45"H x 62"W

Coverage:

Systemwide
Targeted area/demographic on a request basis

**OUTFRONT**

# Metrorail Banners



Washington DC · Subway

**Product Information:**

> Sizes vary based on coverage and availability

**Coverage:**

> Targeted area/demographic on a request basis

**Demand attention** in Metrorail's hectic stations with large, dominant and vibrant Banners. Positioned atop of rail escalators, fare machines, across platforms — Banners allow an unrivaled connection between your message and multiple audiences.

**OUTFRONT**

# Metrorail Floor Graphics

Washington DC • Subway



Floor Graphics are the **perfect way to make your footprint in DC.** This media allows for the maximum dramatic effect, and are sure to get people talking to create a lasting impression on the daily commuter.

Get noticed with unavoidable Floor Graphics as commuters and tourist walk up to your logo daily.

Product Information:
› Sizes vary based on coverage and availability

Coverage:
› Systemwide
› Targeted area/demographic on a request basis



**OUTFRONT**

# Metrorail Window Graphics

Washington DC - Subway

**Product Information:**

> Sizes vary based on coverage and availability

**Coverage:**

> Targeted area/ demographic on a request basis

**Break riders away from their surroundings** in the hectic commuter environment. Striking window graphics stand prominently on the platform and/or entrance/exit ways to ensure that your message is seen.





**OUTFRONT**

# Metrorail Faregates

Washington DC - Subway



**Product Information:**

> 20"H x 10"W

**Coverage:**

> Systemwide
> Targeted area/demographic on a request basis

Faregates provide **multiple points of unavoidable exposure** and command the attention of DC's daily commuters as they enter and exit stations. Diversify your creative messaging with multiple creatives — faregate ads are prime space for advertiser branding.



**OUTFRONT**

# Metrorail Station Activation

Washington DC - Subway

Activations provide advertisers the ability to pair **one-on-one engagement with our media assets**, creating a unique environment where consumers can take your brand to various touch points throughout their day.



## Product Information:

- By entrance/exit way
- Hourly increments
- 1-3 people
- May hand out items (no food or beverages)
- Must supply team members
- Names by station submitted 3 business days prior
- Available as an add-on to a Metrorail campaign

## Coverage:

- Systemwide
- *St Dominations only available to the Domination advertiser
- **Stationary objects/exhibit for an additional charge
- TBD by transit authority based on entrance/exit way layout



**OUTFRONT**

# Metrorail Digital Mezzanine Network

Washington D.C. Subway



The Digital Rail Mezzanine Network offers **engaging full motion video/static spots** that target commuters as well as visitors to DC.

The screens are positioned in prime mezzanine locations within DC's most iconic and highly trafficked stations.

Interactive maps along with Metro service updates draw commuters to the screens.

## Product Information:
- 10 Screen Network
- Screen Size 72" LCD
- Advertising portion 55" display
- Spot Length :15, :10, or :05
- Loop Length :100
- Full Motion or Static
- No Sound

## Coverage:
- Metro Center (2)
- Gallery Place (2)
- Farragut North (1)
- Farragut West (1)
- Federal Triangle (1)
- Capitol South (1)
- Foggy Bottom (1)
- Pentagon (1)

7,346,328 4 Week Station Circulation

*Digital sign media referenced herein is generally displayed for a minimum guaranteed display time, with the remaining time used for maintenance when needed.
Display times are subject to preemption for emergency messaging service.

**OUTFRONT**

# Metrorail Digital Platform Liveboards

Washington DC - Subway

**Strategically impactful on high traffic platforms with long commuter dwell time,** Digital Platform Liveboards can be bought on a network across 44 stations or individually. Using our **game changing ON Smart Media digital technology,** brands will have the chance to engage consumers with their message like never before.

## Product Information:

> Screen Size 65" Vertical
> Full Motion or Static (No Sound)
> Loop Length :90

> Network of 50 or 100 liveboards
> Network Spot Length :15, :10, or :05
> Individual Location Spot Length :10
> Network Circ 18.86 million/4-weeks
> Individual Station Circs available



*Digital sign media referenced herein is generally displayed for a minimum guaranteed display time, with the remaining time used for maintenance when needed
Display times are subject to preemption for emergency messaging service.

**OUTFRONT**

# ⊕ Metrorail Digital Platform Liveboards

Washington DC · Subway

## ON Smart Media Digital Rail Platform Liveboards

### 44 Stations:

- Archives
- Anacostia
- Ballston*
- Bethesda
- Braddock Rd
- Clarendon
- Columbia Heights
- Courthouse
- Crystal City
- Dupont Circle*
- East Falls Church
- Eastern Market
- Farragut West*
- Federal Center
- Foggy Bottom
- Franconia-Springfield
- Friendship Heights
- Georgia Ave
- Glenmont
- Greenbelt
- Huntington
- King St

- Judiciary Square
- McPherson Square*
- Medical Center
- New Carrollton
- NoMa
- Pentagon City*
- Rhode Island Ave
- Rockville
- Rosslyn
- Shady Grove
- Shaw-Howard
- Silver Spring
- Smithsonian*
- Tenleytown
- Tysons Corner
- U Street
- Vienna
- Waterfront
- West Falls Church
- White Flint
- Wiehle-Reston East
- Woodley Park

*Network buys 50 Liveboards will have 2 at these stations



**OUTFRONT**

# Metrorail Digital Platform Takeover

Washington DC · Subway



## Product Information:

- Screen Size 65" Vertical
- Full Motion or Static (No Sound)
- Loop Length :90
- Takeover Spot Length :10
- All Digital Advertising on the Platform
  Foggy Bottom - 9 Liveboards
  Dupont Circle - 10 Liveboards

## Coverage:

- Foggy Bottom
  1,057,584 Circulation per 4 Weeks
- Dupont Circle
  977,712 Circulation per 4 Weeks

**Reach DC's desirable audiences. Impact business commuters, influential decision makers, upscale residents and hip & trendy millennials.** Takeover the entire platform at Foggy Bottom or Dupont Circle with a continuous message influencing riders while they wait for the train.

Using our **game changing ON Smart Media digital technology,** brands will have the chance to engage consumers with their message like never before.



Foggy Bottom



Dupont Circle

**OUTFRONT**

*Digital sign media referenced herein is generally displayed for a minimum guaranteed display time, with the remaining time used for maintenance when needed.
Display times are subject to preemption for emergency messaging service.

# Metrorail Digital at Nationals Park

Washington DC - Nationa...



Located at the entrance/exit way at Navy Yard station, in the growing Capital Riverfront neighborhood and 1 block from Nationals Park, the digital is **visible to riders as well as pedestrians.**

Using our **game changing ON Smart Media digital technology,** brands will have the chance to engage consumers with their message like never before.

## Product Information:
> 3 Screens
> Each Screen Size 65"
> Spot Length 15
> Loop Length 60
> Full Motion or Static
> No Sound

## Coverage:
> MLB Nationals Park
> Navy Yard
> US Dept of Transportation
> Capital Riverfront
> The Fairgrounds/Bullpen
> Yards Park
> Waterfront

413,184 4-Week Station Circulation + a spike in ridership on baseball game days




*Digital sign media referenced herein is generally displayed for a minimum guaranteed display time, with the remaining time used for maintenance when needed.
Display times are subject to preemption for emergency messaging service.

**OUTFRONT**

# Metrorail Station Dominations

Washington DC - Subway

Dominate the consumer landscape at key, high traffic commuter centers.

Station dominations **transform commuters' daily ride into a total "brand experience,"** delivering multiple campaign messages.



## Product Information:

> Media varies by station

## Coverage:

> Metro Center-Center City
> Gallery Place-Verizon Ctr
> L'Enfant Plaza-Government
> Farragut North-K Street
> Union Station-Transit Hub
> Capitol South-Capitol Hill

> Pentagon-US Dept of Defense
> Federal Triangle-Government
> Navy Yard-MLB Nationals
> Reagan National Airport
> Mt Vernon-Convention Ctr
> Tysons Corner-Shopping Hub



**OUTFRONT**

# Metrorail Wrapped Rail Cars

Washington DC • Subway

## Product Information:

> Coverage on both sides including doors
> No Window Coverage
> Sizes vary based on coverage and availability

## Coverage:

> Systemwide

Wrapped Rail Cars are one of DC's most unique media forms. These rail cars are **huge traveling bulletins that create quite the buzz** as they travel throughout the system. Trains go both underground and above ground reaching vehicular traffic along key highways such as Route 66 and 267.



**OUTFRONT**

# Metrorail Interior Cards

Washington DC • Subway

## Product Information:

> 22"H x 21"W
> 11"H x 62"W
> 11"H x 46"W

## Coverage:

• Systemwide

Reach a **captive audience**. Interior car cards are bold media formats directly in sight of commuters throughout their entire trip. Long rides in and out of downtown DC means commuters can 'take in' your message and identify with your brand.





**OUTFRONT**

19

# Metrorail Interior Rail Panels

Washington DC - Subway

**Amplify your message and stand out** with highly visible Rail Interior Panels located adjacent to the rail car doors. This over 5 foot tall, portrait ad space allows a magazine or bus shelter ad to be easily transfered over to reach the affluent and educated Metrorail population.

Product Information:
> 64"H x 37"W

Coverage:
> Systemwide



OUTFRONT

# Metrorail Interior Brand Cars

Saturating a car with your ad ensures your message is in view regardless of where a rider sits. Tell your story, feature all of your products, or display multiple messages. With no other brands present in the train, you have the **entire commute to captivate the audience without competition.**



## Product Information:

> Full Brand Cars
  7 Units of 22"H x 21"W
  8 Units of 11"H x 62"W

> Half Brand Cars
  4 Units of 22"H x 21"W
  4 Units of 11"H x 62"W

## Coverage:

> Systemwide





Washington DC - Subway

**OUTFRONT**



# VRE Commuter Rail Media

Washington DC · Commuter Rail

## Reach Upscale Commuters

from outside the city in all parts of the wealthy suburbs of Virginia who use the rail to and from downtown business districts.

Virginia Railway Express (VRE) is the 10th largest commuter rail service in the US. Serving over 4.5 million a year, commuter rail advertisers can spend time with this desirable affluent demographic twice a day, 22 'work days' a month while commuters are on the train, waiting for the train and walking through stations.

## Media:

Station Media: 2-Sheet Posters

Interior Rail Car: Car Cards

## County Coverage:

Washington DC, Arlington, Alexandria, Fairfax, Prince William, Stafford, Spotsylvania



Interior Rail Car Cards on VRE Commuter Rail

Source: VRE

**OUTFRONT**

# VRE Commuter Rail Coverage




## Station Stops with Advertising

**Manassas Line**

Broad Run/Airport
Manassas Park
Burke Centre
Rolling Road
Backlick Road

**Fredericksburg Line**

Spotsylvania
Leeland Road
Brooke
Rippon
Woodbridge
Lorton
Franconia Springfield

**Manassas/Fredericksburg Lines**

Crystal City
L'Enfant Plaza

OUTFRONT

# Rail 2-Sheet Posters

Washington DC - Commuter Rail

**Break riders away from their surroundings in the hectic commuter environment.**

Situated on the commuter rail platforms and walkways, vibrant and detailed 2-Sheet Posters target key demographics — educated and affluent audiences.



### Product Information:
> 46"H x 60"W

### Coverage:
> Spotsylvania County
> Stafford County
> Prince William County
> Fairfax County
> Arlington County
> Washington DC
> Targeted area/demographic on a request basis



**OUTFRONT**

# Rail Interior Cards

Washington DC - Commuter Rail



20,000+ commuters travel daily into Washington DC and Arlington from upscale Virginia suburbs via the Virginia Railway Express.

Reach a **captive audience** twice a day, 22 work days a month as commuters enter and exit the train.



### Product Information:

> 22"H x 21"W
> Adhesive Car Cards

### Coverage:

> Manassas Line
> Fredericksburg Line
> Targeted area/demographic on a request basis

**OUTFRONT**

Source: VRE.



# Bike Shares



## Product Information:

> 56.5"H x 37.75"W

## Coverage:

> Downtown Business District
> Capitol Hill
> Georgetown
> Dupont Circle
> Southwest Waterfront
> Nationals Park
> Northeast DC
> Universities and Colleges

Increasingly, bike shares are becoming part of the urban commute in Washington DC. These units attract a **younger, environmentally friendly consumer**. Connect your brand message to the **elusive millennial demographic** in the most desirable urban neighborhoods.

Washington DC - Street Furniture

**OUTFRONT**



Bike Share Coverage

Washington DC Street Furniture

OUTFRONT



# Wallscapes

Affixed to buildings in heavily trafficked areas and visible from a great distance, wallscapes provide creative messages. Great **maximum impact** for creative messages. Great point-of-purchase exposure keeps your message top of mind. Wallscapes are **perfect for penetrating urban centers** and vary in size, providing endless creative options.



## Product Information:

> Sizes vary by location

## Coverage:

> Downtown Business District
> Universities and Colleges
> City Center/Metro Center
> Gallery Place/Verizon Center
> Adams Morgan
> NoMa
> Mount Vernon/Convention Center
> I-695
> New York Avenue

Washington DC - Billboards

**OUTFRONT**



Wall Coverage

Washington DC - Billboards

OUTFRONT



# Mobile Network

Proximity, Retargeting & Behavioral Audience Targeting



Combine the power of OOH with mobile to create **new awareness and engagement opportunities** with your target audience. OOH and mobile have **a natural synergy**, with OOH serving as the **BEST primer** for mobile engagement.

Washington DC - Mobile

**OUTFRONT**

## OUTFRONT
media

1325 Massachusetts Ave. NW · Suite 200 · Washington, DC 20005
202.775.9115
OUTFRONTmedia.com

# EXHIBIT G

From: "Costello, Jack"
<jack.costello@outfrontmedia.com<mailto:jack.costello@outfrontmedia.com>>
Date: November 8, 2017 at 6:28:21 AM EST
To: "McFadden, Edward" <McFaddenE@adw.org<mailto:McFaddenE@adw.org>>
Subject: Re: Ad campaign inquiry

Hi Ed,

Sorry for the delay, but WMATA denied the ad copy to run on buses unfortunately.

Did you get a chance to see the wallscapes I sent over and consider using a few placements. Let me know if you want to discuss today.

Jack Costello   Account Executive, National Sales
Direct: 202.775.9115<tel:202.775.9115>  |  Cell: 217.621.5350<tel:217.621.5350>

On Nov 7, 2017, at 5:11 PM, McFadden, Edward
<McFaddenE@adw.org<mailto:McFaddenE@adw.org>> wrote:

Jack: Just following up on this.  Thanks. Cheers.

**From:** Costello, Jack [mailto:jack.costello@outfrontmedia.com]
**Sent:** Wednesday, October 25, 2017 5:18 PM
**To:** McFadden, Edward
**Subject:** RE: Ad campaign inquiry

Hi Ed,

I did have my manager send over 'Find the Perfect Gift' campaign design to WMATA to see what they say.

I priced out our standard package of taillight bus and interior metro train car cards for you – in case metro approves.   We could scale down or include a package of both rail and bus if the budget allows.

You will also see our list of wallscapes available – I've discounted these significantly in an attempt and hope that you can afford a few of them thus gaining good market coverage.  You called out priority areas being DC, Montgomery and Prince Georges which works out good for the wallscape inventory we have.

The best walls based in my opinion based on how many people you will reach and location are per below. Some units you may want to adjust the artwork a little.

1.   10O – Center city right at new I-395 onramp at Mass and 4th.
2.   DC-837W – High circ. unit right on New York Ave.
3.   8O – Right near Dupont Circle/U Street  - great neighborhood unit
4.   9O – Unique two sided unit on New York Ave reaching outbound/inbound

5.  5O – Florida Ave outbound unit reaching audiences traveling East toward NE DC and Prince Georges right near New York/Rt. 50

Let's connect tomorrow to review if you have time.

**Jack Costello | National Account Executive**
Direct: 202.618.3552   |   Cell: 217.621.5350
1535 Massachusetts Ave, Washington, DC 20005
INSTAGRAM  FACEBOOK  TWITTER  LINKEDIN  SNAPCHAT

BRAND STORIES, TOLD HERE.

OUTFRONT MEDIA: SEE OUR STORIES HERE

**From:** McFadden, Edward [mailto:McFaddenE@adw.org]
**Sent:** Tuesday, October 24, 2017 6:01 PM
**To:** Costello, Jack <jack.costello@outfrontmedia.com>
**Subject:** RE: Ad campaign inquiry

One other question from my colleagues in the office that operate the "Find the Perfect Gift" campaign: is there an additional appeal process for review of the ad, or would that take up too much time leading into our campaign window?  Thanks. Cheers.

**From:** Costello, Jack [mailto:jack.costello@outfrontmedia.com]
**Sent:** Tuesday, October 24, 2017 5:59 PM
**To:** McFadden, Edward
**Subject:** RE: Ad campaign inquiry

Ed,

I will send wallscape pricing tomorrow for you to review.

**Jack Costello | National Account Executive**
Direct: 202.618.3552   |   Cell: 217.621.5350
1535 Massachusetts Ave, Washington, DC 20005
INSTAGRAM  FACEBOOK  TWITTER  LINKEDIN  SNAPCHAT

BRAND STORIES, TOLD HERE.

OUTFRONT MEDIA: SEE OUR STORIES HERE

**From:** McFadden, Edward [mailto:McFaddenE@adw.org]
**Sent:** Tuesday, October 24, 2017 12:00 PM
**To:** Costello, Jack <jack.costello@outfrontmedia.com>
**Cc:** Bronson, Aaron <aaron.bronson@outfrontmedia.com>
**Subject:** RE: Ad campaign inquiry
**Importance:** High

Jack:  thanks for the call. Appreciate the time.

Just to confirm:  while the ad doesn't meet the guidelines for WMATA (I don't see a way to adjust the ad given its purpose and message) and reaching that audience was a key goal, OutFront has some other suggestions. We'd be interested in hearing more about wallscapes and your digital/mobile programs. Happy to meet in person if that is helpful.  Let me know dates or share additional information. Cheers.

**From:** Costello, Jack [mailto:jack.costello@outfrontmedia.com]
**Sent:** Monday, October 23, 2017 5:34 PM
**To:** McFadden, Edward
**Cc:** Bronson, Aaron
**Subject:** Re: Ad campaign inquiry

That's great Ed,

Can I give you a call tomorrow and we can iron out a plan?

**Jack Costello**   Account Executive, National Sales
Direct: 202.775.9115  |  Cell: 217.621.5350  |  OutfrontMedia.com
1325 Massachusetts Ave. NW Ste. 200, Washington, DC 20005
**OUTFRONT media**

On Oct 23, 2017, at 4:12 PM, McFadden, Edward <McFaddenE@adw.org> wrote:

Jack:  hope this note finds you well.  We have a small holiday ad campaign we'd like to highlight via a taillight display advertisement on WMATA buses. We'd like to target the general market, but would be open to any availability. Attached is the ad, which I'd be happy to discuss with you.  Thanks in advance for the consideration, and please do not hesitate to call if you have further questions. Cheers.

 Archdiocese of Washington

**Ed McFadden**
Secretary of Communications
5001 Eastern Ave.
Hyattsville, MD 20782
mcfaddene@adw.org
O. 301.853.5372 | C. 703.402.5036

<17FTPG-Metro Bus back.jpg>

# EXHIBIT H

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul D. Clement, P.C.
To Call Writer Directly:
(202) 879-5013
paul.clement@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 14, 2017

Patricia Y. Lee
General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth St. NW
Washington, DC 20001

Ms. Lee:

I am writing on behalf of the Roman Catholic Archdiocese of Washington in response to the denial by the Washington Area Metropolitan Transit Authority ("WMATA") of a request for advertisement placements for the Archdiocese's "Find the Perfect Gift" campaign. The Archdiocese had requested advertising space for the campaign on taillight displays on WMATA buses and other locations owned or controlled by WMATA. On November 8, 2017, the Archdiocese received notice through WMATA's consultant OUTFRONT Media Inc. that WMATA will not allow the Archdiocese to purchase the placements because the advertisements reportedly violate WMATA's Guidelines Governing Commercial Advertising.

The decision by WMATA to deny advertising placements to the Archdiocese raises serious questions under the First Amendment and other applicable laws. Although we understand that there is no process for seeking review with WMATA of this denial, we would like to speak with you as soon as possible about WMATA's decision and the serious impact that the denial will have on the constitutional rights of the Archdiocese.

Please advise whether you are available this week to discuss this matter. Unfortunately, time is of the essence because the Archdiocese's "Find the Perfect Gift" campaign will begin before December 3, 2017, the first Sunday in the liturgical season of Advent.

Thank you for your attention to this matter, and please do not hesitate to contact me or my partner Michael F. Williams at 202-879-5123 if you have questions or if we can provide further information.

Sincerely,

Paul D. Clement, P.C.

cc:     Jack Costello

Ed McFadden

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai

# EXHIBIT I



**Akin Gump**
STRAUSS HAUER & FELD LLP

REX S. HEINKE
+1 310.229.1030/fax: +1 310.229.1001
rheinke@akingump.com

November 20, 2017

**VIA E-MAIL**
**paul.clement@kirkland.com**

Paul D. Clement, P.C.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

        Re:   Washington Metropolitan Area Transit Authority Advertising Policy

Dear Paul:

        We represent the Washington Metropolitan Area Transit Authority ("WMATA") and we respond to your letter dated November 14, 2017, regarding the advertisement submitted by the Roman Catholic Archdiocese of Washington (the "Archdiocese") for display at WMATA facilities.

        In 2015, WMATA's Board of Directors voted to change its advertising space to a nonpublic forum and to prohibit "issue-oriented ads, including political, religious and advocacy . . . ." Resolution 2015-55 (Nov. 19, 2015). Guideline 12 of WMATA's current Guidelines Concerning Commercial Advertising provides that: "Advertisements that promote or oppose any religion, religious practice or belief are prohibited."

        The Archdiocese's advertisement for "FindThePerfectGift.org" is prohibited by Guideline 12 because it depicts a religious scene and thus seeks to promote religion.   Because the ad is prohibited by Guideline 12, WMATA cannot accept the ad for display in its nonpublic forum. There may be other reasons why the Archdiocese's ad is prohibited by the Guidelines, but the reason set forth above is sufficient to reject the ad.



**Akin Gump**
STRAUSS HAUER & FELD LLP

Paul D. Clement, P.C.
November 20, 2017
Page 2

Should you have further questions, please contact me.

Sincerely,

_s/ Rex S. Heinke_____
Rex S. Heinke

cc: Patricia Y. Lee *(via e-mail -* _pylee@wmata.com_*)*
Jessica M. Weisel *(via e-mail –* _jweisel@akingump.com_*)*