# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARCHDIOCESE OF WASHINGTON,

    Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY and
PAUL J. WIEDEFELD,

    Defendants.

No. 17-_____

Civil Action

DECLARATION OF
DR. SUSAN TIMONEY, S.T.D.

Pursuant to 18 U.S.C. § 1746, I, Susan Timoney, hereby declare as follows:

1. I presently reside in Washington, DC and am providing this declaration based upon personal knowledge of the facts stated herein.

2. I am the Secretary for Pastoral Ministry and Social Concerns at the Archdiocese of Washington. I direct the evangelization initiatives and pastoral planning for the parishes in the Archdiocese. I also oversee the work of the Department of Special Needs Ministry, Department of Life Issues, and the offices of Worship, Mission Cooperative, Family Life, Cultural Diversity and Outreach, Evangelization, Young Adult Ministry and Chaplaincies, Pastoral Planning, and the Catholic Youth Organization Corporation.

3. I am a theologian by training, having earned a doctorate (S.T.D.) at the Pontifical University of Saint Thomas Aquinas in Rome, where I focused on systematic theology and Christian Spirituality. In addition to my work for the Archdiocese, I am an Adjunct Assistant Professor in the School of Theology and Religious Studies at The Catholic University of America. I lecture nationally and internationally on themes related to evangelization and the lay vocation and ministry.

4. As Secretary for Pastoral Ministry and Social Concerns, I worked with others in the Archdiocese to develop the "Find the Perfect Gift" campaign for 2017. The Find the Perfect Gift campaign is an important part of the Archdiocese's evangelization efforts. Advent and Christmas are some of the biggest evangelizing moments we have all year, as people are more open to questions of faith and spiritual experiences during these seasons. That is one of the reasons why the Archdiocese plans to begin the Find the Perfect Gift campaign in advance of the liturgical season of Advent, which begins this year on Sunday, December 3, 2017.

5. It is critically important for the goals of the Find the Perfect Gift campaign that the Archdiocese begin spreading its message before the Advent season. The Roman Catholic Church teaches that when we celebrate the liturgy of Advent each year, we recall the centuries and millennia when the world awaited the arrival of the Messiah.. By sharing in the long preparation for the Savior's arrival with the first Christmas, we renew our ardent desire for Christ's second coming.

6. It is also critically important for the goals of the Find the Perfect Gift campaign that the Archdiocese spread its message as broadly as possible within the metropolitan area. The Roman Catholic Church teaches that all Christians have the right and the duty to work so the divine message of salvation may be known all men throughout the earth. This obligation finds a particular resonance during the Advent season in a cultural which continues to separate the celebration of Christmas from its origin in the celebration of the birth of Jesus Christ. The campaign seeks to invite the public to consider the spiritual meaning of Christmas, to consider celebrating Advent/ Christmas by going to Mass at one of our parishes and/or joining in one of our many outreach programs that care for the most vulnerable and poor during Advent and beyond.

7. WMATA's decision to prevent the Archdiocese from conveying the message of the Find the Perfect Gift campaign causes serious harm to the work of the Archdiocese during the Advent season. Because WMATA is not allowing the Archdiocese to advertise on the exteriors of public buses in public thoroughfares, which provide an exceptionally good forum for delivering the message of the campaign, WMATA is impeding the Archdiocese from fulfilling its responsibility to evangelize throughout the metropolitan area, particularly to the communities that most need to hear the Archdiocese's message. Moreover, because the Find the Perfect Gift campaign is specially linked with the Advent season, the Archdiocese will suffer irreparable harm if it is not allowed to convey its message before the first Sunday of Advent on December 3, 2017 and throughout the Advent/Christmas season.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of November, 2017.

By: _____
Susan Timoney

3