## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHDIOCESE OF WASHINGTON, Donald Cardinal Wuerl, Roman Catholic Archbishop of Washington, a corporation sole,** 5001 Eastern Avenue Hyattsville, MD 20782 <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, an interstate compact government agency,** 600 Fifth Street, NW Washington, DC 20001; and <br><br> **PAUL J. WIEDEFELD, in his official capacity as General Manager of the Washington Metropolitan Area Transit Authority,** 600 Fifth Street, NW Washington, DC 20001, <br><br> Defendants. | **CERTIFICATE OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 65.1(A)** <br><br> Case: 1:17−cv−02554 <br> Assigned To : Jackson, Amy Berman <br> Assign. Date : 11/28/2017 <br> Description: TRO/PI   **(D−DECK)** |

### CERTIFICATE OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 65.1(a)

I, Michael F. Williams, one of the counsel for Plaintiff in the above-captioned case, pursuant to Local Civil Rule 65.1(a), certify that on this date at approximately 12:00 p.m. copies of the Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, and supporting declarations were e-mailed to Patricia Y. Lee and Rex S. Heinke, counsel for Defendants. Beginning at approximately 8:00 a.m. on this date, counsel for Plaintiff attempted to speak by telephone with Ms. Lee and Mr. Heinke to confirm that Plaintiff could provide advance notice via submission through e-mail to them and their clients. Counsel for Plaintiff previously had corresponded with Ms. Lee and Mr. Heinke concerning the subject matter of this case.

Respectfully submitted,

Michael F. Williams

Dated: November 28, 2017