IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHDIOCESE OF WASHINGTON, Donald Cardinal Wuerl, Roman Catholic Archbishop of Washington, a corporation sole, 5001 Eastern Avenue Hyattsville, MD 20782<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, an interstate compact government agency, 600 Fifth Street, NW Washington, DC 20001; and<br><br>PAUL J. WIEDEFELD, in his official capacity as General Manager of the Washington Metropolitan Area Transit Authority, 600 Fifth Street, NW Washington, DC 20001,<br><br>Defendants. | [PROPOSED] ORDER<br><br>Case: 1:17-cv-02554<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 11/28/2017<br>Description: TRO/PI  **(D-DECK)** |

Upon consideration of Plaintiff Archdiocese of Washington's Motion for Temporary Restraining Order and Preliminary Injunction, and the memorandum and evidence in support thereof, Plaintiff's motion is **GRANTED**.

It is hereby **ORDERED** that:

1.    Defendants are enjoined from rejecting under WMATA's Guidelines for Commercial Advertising the Archdiocese's requests for advertising placement for its "Find the Perfect Gift" advertisements;

      2.      Defendants are directed to accept the Archdiocese's request for advertising placement for the "Find the Perfect Gift" advertisements as sought by the Archdiocese on ordinary-course commercial terms; and

      3.      Defendants are directed to make all reasonable efforts to provide advertising placement for the "Find the Perfect Gift" advertisements as soon as possible before Sunday, December 3, 2017.

Dated: _____, 2017

_____
United States District Judge