CO-386-online
10/03

# United States District Court
# For the District of Columbia

Archdiocese of Washington )
)
)
)            Plaintiff )
vs )
)
Washington Metropolitan Area Transit )
Authority and Paul J. Wiedefeld )
)
Defendant )

Case: 1:17-cv-02554
Assigned To : Jackson, Amy Berman
Assign. Date : 11/28/2017
Description: TRO/PI    **(D-DECK)**

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Archdiocese of Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Archdiocese of Washington__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 433215
BAR IDENTIFICATION NO.

Paul D. Clement
Print Name

655 15th Street N.W.
Address

Washington, DC 20005
City        State        Zip Code

202-879-2000
Phone Number