# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Archdiocese of Washington**

vs.   Civil Action No. **17-2554 (ABJ)**

Defendant: **Washington Metropolitan Area Transit Authority, and Paul J. Wiedefeld**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this  11  day of  December  20 17 , that Plaintiff, the Archdiocese of Washington, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the  8  day of  December , 20 17 , in favor of Defendants, Washington Metropolitan Area Transit Authority & Paul J. Wiedefeld, against said Plaintiff.

/s/ Paul D. Clement
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)