**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARCHDIOCESE OF WASHINGTON, Donald Cardinal Wuerl, a Roman Catholic Archbishop of Washington, a corporation sole**, <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, an interstate compact government agency,** and <br><br> **PAUL J. WIEDEFELD, in his official capacity as General Manager of the Washington Metropolitan Area Transit Authority,** <br><br> Defendants. | **JOINT STATUS REPORT** <br><br> **No. 1:17-cv-02554-ABJ** |

**JOINT STATUS REPORT**

Pursuant to this Court's order of February 1, 2019, Plaintiff the Archdiocese of Washington ("the Archdiocese") and Defendants the Washington Metropolitan Area Transit Authority and Paul J. Wiedefeld (together, "WMATA") have met and conferred on the status of this case. The Archdiocese intends to file a petition for certiorari with the Supreme Court of the United States, seeking review of the D.C. Circuit's July 31, 2018 opinion affirming the denial of a preliminary injunction.

In light of that plan, it is the position of both parties that all proceedings in this case, including pleadings and further discovery, should be stayed pending the Archdiocese's petition. Accordingly, the parties respectfully request that the Court stay all proceedings in this case pending the Supreme Court's disposition of the Archdiocese's forthcoming petition for certiorari, and that

the Court permit the parties to provide an updated joint status report 30 days after that Court renders a final decision on the Archdiocese's petition.

Dated:  February 8, 2018                              Respectfully submitted,

                                         By:     /s/Michael F. Williams
                                                 Paul D. Clement, P.C. (D.C. Bar No. 433215)
                                                 Michael F. Williams, P.C. (D.C. Bar No. 486190)
                                                 Megan M. Wold (D.C. Bar No. 198005)
                                                 Kasdin M. Mitchell*
                                                 Joseph C. Schroeder (D.C. Bar No. 1552508)
                                                 KIRKLAND & ELLIS LLP
                                                 655 15th Street, NW
                                                 Washington, DC 20005
                                                 Tel: (202) 879-5000
                                                 Fax: (202) 879-5200
                                                 paul.clement@kirkland.com
                                                 michael.williams@kirkland.com
                                                 *Admitted only in Alabama and supervised by principals of the Firm.

                                                 **ATTORNEYS FOR PLAINTIFF**

                                                 /s/ Rex S. Heinke
                                                 Rex S. Heinke (pro hac vice)
                                                 Jessica M. Weisel (pro hac vice)
                                                 AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                 1999 Avenue of the Stars
                                                 Suite 600
                                                 Los Angeles, CA 90067
                                                 Tel: (301) 229-1000
                                                 Fax: (301) 229-1001
                                                 rheinke@akingump.com
                                                 jweisel@akingump.com

                                                 Anthony T. Pierce (D.C. Bar No. 415263)
                                                 James E. Tysse (D.C. Bar No. 978722)
                                                 Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                                 1333 New Hampshire Avenue, NW
                                                 Washington, DC 20036
                                                 Tel: (202) 887-4500
                                                 Fax: (202) 887-4288

apierce@akingump.com
jtysse@akingump.com
sewoodward@akingump.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of February 2018, he caused a true and correct copy of the foregoing to be served via the CM/ECF system.

/s/ Michael F. Williams
Michael F. Williams